IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Humphrey, Lenetta

Printed: 5/6/08

Case Number: 07 B 06935
Judge: Goldgar, A. Benjamin
Filed: 4/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 25, 2008
Confirmed: July 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,085.00 |  |
| Secured: |  | 14,270.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 814.59 |
| Other Funds: |  | 0.00 |
| Totals: | 15,085.00 | 15,085.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 105.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 15,639.80 | 8,375.48 |
| 3. | Hawkeye Investments LTD PSHIP | Secured | 19,082.56 | 4,151.33 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 14,067.84 | 1,743.60 |
| 5. | Saxon Mortgage Services Inc | Secured | 22,439.77 | 0.00 |
| 6. | Heights Autoworkers CU | Unsecured | 1,992.87 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 767.30 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 575.35 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 514.13 | 0.00 |
| 10. | Hawkeye Investments LTD PSHIP | Unsecured | 0.00 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 976.86 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,056.46 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,214.51 | 0.00 |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | First Premier Bank | Unsecured |  | No Claim Filed |
| 16. | F & W LLC | Unsecured |  | No Claim Filed |
| 17. | Direct Tv | Unsecured |  | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 19. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
| 20. | SBC | Unsecured |  | No Claim Filed |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 78,432.45 | $ 14,270.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Humphrey, Lenetta | Case Number: 07 B 06935 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/6/08 | Filed: 4/17/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 814.59 |
| | _____ |
| | $ 814.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

